# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ISMET A., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br><br> Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br><br> Case No. 2:17-cv-00909-JNP-CMR <br><br> Judge Jill N. Parrish |

On December 31, 2019, Magistrate Judge Cecilia M. Romero issued a Report and Recommendation that this court reverse the final agency decision of the Commissioner of Social Security and remand this case for further proceedings. [Docket 34]. The Report and Recommendation advised the parties that a failure to object within 14 days of service could result in a waiver of objections upon review by this court. No party filed an objection within the 14-day time limit.

The defendant's failure to object waived any argument that the Report and Recommendation was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court need not apply this waiver rule as a procedural bar if "the interests of justice so dictate." *Id.* (quoting *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991)). The court has reviewed the Report and Recommendation and its conclusion that the Commissioner's decision should be reversed. The court concludes that the Report and Recommendation is not clearly erroneous and finds that the interests of justice do not warrant deviation from the waiver rule. The court, therefore, ADOPTS IN FULL the Report and Recommendation.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation [Docket 34] is ADOPTED IN FULL.

2. The court reverses the final agency decision of the Commissioner of Social Security and remands the case for further proceedings consistent with the Report and Recommendation.

**SO ORDERED** January 22, 2020.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge